United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-14942-mdc
Anthony Masapollo                                                       Chapter 13
Lucia Masapollo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Lisa              Page 1 of 2            Date Rcvd: Aug 29, 2019
                                Form ID: 309I           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db/jdb         +Anthony Masapollo,    Lucia Masapollo,    2302 South 20th Street,    Philadelphia, PA 19145-3512
ust            +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,   Suite 502,
                 Philadelphia, PA 19106-2908
14369499       +AES,   P.O. BOX 61047,    Harrisburg, PA 17106-1047
14369501       +CBCS,   P.O. BOX 2589,    Columbus, OH 43216-2589
14369091       +KML LAW GROUP, P.C.,    701 MARKET STREET, SUITE 5000,    BNY INDEPENDENCE CENTER,
                 Philadelphia, PA 19106-1541
14369092       +LAKEVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,    MAIL STOP MS5/251,
                 Miami, FL 33146-1837
14369507       +LVNV FUNDING,   C/O PATENAUDE & FELIX,    4545 MURPHY CANYON ROAD, 3RD FL,
                 San Diego, CA 92123-4363
14369508        MACY'S,   P.O. BOX 8218,    Monroe, OH 45050
14369510       +MIDLAND CREDIT MANAGEMENT,    350 CAMINO DE LA REINA,    SUITE 100,   San Diego, CA 92108-3007
14369513       +PENN MEDICINE,   P.O. BOX 824406,    Philadelphia, PA 19182-4406
14376075       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14369515       +SANTANDER,   P.O. BOX 105,    Temecula, CA 92593
14369517       +SOCITY HILL ANESTHESIA CONSULTANTS,    P.O. BOX 414853,    Boston, MA 02241-4853
14369519       +SYNERGY ORTHOPEDICS, LLC,    920 GERMANTOWN PIKE, STE 210,    Plymouth Meeting, PA 19462-7401
14369522       +VERUS HEALTHCARE,   P.O. BOX 825520,    Philadelphia, PA 19182-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: msoboles@yahoo.com Aug 30 2019 03:17:03     MAGGIE S SOBOLESKI,
                 Center City Law Offices LLC,    2705 Bainbridge Street,   Philadelphia, PA  19146
tr             +E-mail/Text: bncnotice@ph13trustee.com Aug 30 2019 03:18:25     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:18:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2019 03:17:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2019 03:17:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14369500       +EDI: CBSAMERIMARK Aug 30 2019 07:13:00      AMERIMARK PREMIER,   P.O. BOX 2845,
                 Monroe, WI 53566-8045
14369502       +EDI: WFNNB.COM Aug 30 2019 07:13:00      COMENITY CAPITAL BANK,   P.O. BOX 183003,
                 Columbus, OH 43218-3003
14369503       +EDI: CONVERGENT.COM Aug 30 2019 07:13:00      CONVERGENT OUTSOURCING, INC.,
                 800 SW 39TH STREET, STE. 100,    P.O. BOX 9004,   Renton, WA 98057-9004
14369504       +E-mail/Text: kzoepfel@credit-control.com Aug 30 2019 03:17:44     CREDIT CONTROL LLC,
                 5757 PHANTOM DRIVE,    SUITE 330,   Hazelwood, MO 63042-2429
14369505       +EDI: CBS7AVE Aug 30 2019 07:13:00      GINNY'S,   1112 7TH AVE,   Monroe, WI 53566-1364
14369506       +E-mail/Text: bncnotices@becket-lee.com Aug 30 2019 03:17:13     KOHLS,   P.O. BOX 2983,
                 Milwaukee, WI 53201-2983
14369509       +EDI: CBSMASON Aug 30 2019 07:13:00      MASSEYS,   P.O. BOX 2822,   Monroe, WI 53566-8022
14369511       +EDI: CBS7AVE Aug 30 2019 07:13:00      MONROE AND MAIN,   1112 7TH AVE,   Monroe, WI 53566-1364
14369512       +EDI: NAVIENTFKASMSERV.COM Aug 30 2019 07:13:00      NAVIENT,   PO BOX 9655,
                 Wilkes Barre, PA 18773-9655
14369514        EDI: PRA.COM Aug 30 2019 07:13:00      PORTFOLIO RECOVERY ASSOCIATES, LLC,   P.O. BOX 12914,
                 Norfolk, VA 23541
14369516       +EDI: CBS7AVE Aug 30 2019 07:13:00      SEVENTH AVENUE,   1112 7TH AVE,   Monroe, WI 53566-1364
14369520       +EDI: WTRRNBANK.COM Aug 30 2019 07:13:00      TARGET CARD SERVICES,   P.O. BOX 660170,
                 Dallas, TX 75266-0170
14369521       +EDI: VERIZONCOMB.COM Aug 30 2019 07:13:00      VERIZON,   P.O. BOX 650584,
                 Dallas, TX 75265-0584
                                                                                               TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14369518        SYNCHRONY BANK/AMAZON,   PO BOX  965015
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Lisa                  Page 2 of 2                   Date Rcvd: Aug 29, 2019
                               Form ID: 309I               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              MAGGIE S SOBOLESKI    on behalf of Joint Debtor Lucia   Masapollo msoboles@yahoo.com,
               3532@notices.nextchapterbk.com
              MAGGIE S SOBOLESKI    on behalf of Debtor Anthony   Masapollo msoboles@yahoo.com,
               3532@notices.nextchapterbk.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Anthony Masapollo** | Social Security number or ITIN | **xxx–xx–3419** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lucia Masapollo** | Social Security number or ITIN | **xxx–xx–6236** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter | **13   8/5/19** |
| Case number: | **19–14942–mdc** | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony Masapollo | Lucia Masapollo |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2302 South 20th Street<br>Philadelphia, PA 19145 | 2302 South 20th Street<br>Philadelphia, PA 19145 |
| 4. | **Debtor's attorney**<br>Name and address | MAGGIE S SOBOLESKI<br>Center City Law Offices LLC<br>2705 Bainbridge Street<br>Philadelphia, PA 19146 | Contact phone 215–620–2132<br><br>Email: msoboles@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/29/19 |

**For more information, see page 2**

Debtor **Anthony Masapollo** and **Lucia Masapollo**                                                                                       Case number **19–14942–mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 9, 2019 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> **Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/8/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/14/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/1/20** |
| | **Deadlines for filing proof of claim:** <br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $733.41 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on: <br> **10/31/19** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |