# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14942-MDC

ANTHONY  MASAPOLLO
LUCIA  MASAPOLLO
2302 SOUTH 20TH STREET

PHILADELPHIA, PA 19145-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANTHONY  MASAPOLLO
    LUCIA  MASAPOLLO
    2302 SOUTH 20TH STREET

    PHILADELPHIA, PA 19145-

Counsel for debtor(s), by electronic notice only.

    MAGGIE S. SOBOLESKI
    CENTER CITY LAW OFFICES LLC
    2705 BAINBRIDGE STREET
    PHILADELPHIA, PA 19146-

Date: 10/8/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee