## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Chapter 13
ANTHONY  MASAPOLLO
LUCIA  MASAPOLLO

               **Debtor**                    **Bankruptcy No.** 19-14942-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


1/16/2020  *Magdeline D. Coleman*
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MAGGIE S. SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146-


Debtor:
ANTHONY  MASAPOLLO
LUCIA  MASAPOLLO
2302 SOUTH 20TH STREET

PHILADELPHIA, PA 19145-