United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-14942-mdc
Anthony Masapollo                                                                       Chapter 13
Lucia Masapollo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD              Page 1 of 2               Date Rcvd: Jan 17, 2020
                               Form ID: pdf900             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
```
db/jdb         +Anthony Masapollo,    Lucia Masapollo,    2302 South 20th Street,    Philadelphia, PA 19145-3512
cr             +Nationstar Mortgage LLC D/B/A Mr. Cooper,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
14369499       +AES,   P.O. BOX 61047,    Harrisburg, PA 17106-1047
14369501       +CBCS,    P.O. BOX 2589,    Columbus, OH 43216-2589
14369091       +KML LAW GROUP, P.C.,    701 MARKET STREET, SUITE 5000,    BNY INDEPENDENCE CENTER,
                 Philadelphia, PA 19106-1541
14369092       +LAKEVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,    MAIL STOP MS5/251,
                 Miami, FL 33146-1837
14369507       +LVNV FUNDING,   C/O PATENAUDE & FELIX,    4545 MURPHY CANYON ROAD, 3RD FL,
                 San Diego, CA 92123-4363
14375698       +LakeView Loan Servicing, LLC,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14399632       +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
14369508        MACY'S,   P.O. BOX 8218,    Monroe, OH 45050
14369510       +MIDLAND CREDIT MANAGEMENT,    350 CAMINO DE LA REINA,    SUITE 100,    San Diego, CA 92108-3007
14372015       +Nationstar Mortgage LLC,    dba Mr. Cooper,    c/o Kevin S. Frankel,    3600 Horizon Drive ste 150,
                 King of Prussia Pa 19406-4702
14387753       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14369513       +PENN MEDICINE,    P.O. BOX 824406,    Philadelphia, PA 19182-4406
14376075       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14369515       +SANTANDER,    P.O. BOX 105,    Temecula, CA 92593
14369517       +SOCITY HILL ANESTHESIA CONSULTANTS,    P.O. BOX 414853,    Boston, MA 02241-4853
14369519       +SYNERGY ORTHOPEDICS, LLC,    920 GERMANTOWN PIKE, STE 210,    Plymouth Meeting, PA 19462-7401
14369520       +TARGET CARD SERVICES,    P.O. BOX 660170,    Dallas, TX 75266-0170
14369522       +VERUS HEALTHCARE,    P.O. BOX 825520,    Philadelphia, PA 19182-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 18 2020 03:49:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2020 03:49:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14369500       +E-mail/Text: bankruptcy@sccompanies.com Jan 18 2020 03:46:29      AMERIMARK PREMIER,
                 P.O. BOX 2845,    Monroe, WI 53566-8045
14369502       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 18 2020 03:48:15      COMENITY CAPITAL BANK,
                 P.O. BOX 183003,    Columbus, OH 43218-3003
14369503       +E-mail/Text: convergent@ebn.phinsolutions.com Jan 18 2020 03:49:19
                 CONVERGENT OUTSOURCING, INC.,    800 SW 39TH STREET, STE. 100,    P.O. BOX 9004,
                 Renton, WA 98057-9004
14369504       +E-mail/Text: kzoepfel@credit-control.com Jan 18 2020 03:49:03      CREDIT CONTROL LLC,
                 5757 PHANTOM DRIVE,    SUITE 330,    Hazelwood, MO 63042-2429
14369505       +E-mail/Text: bankruptcy@sccompanies.com Jan 18 2020 03:50:20      GINNY'S,    1112 7TH AVE,
                 Monroe, WI 53566-1364
14369506       +E-mail/Text: bncnotices@becket-lee.com Jan 18 2020 03:48:00      KOHLS,   P.O. BOX 2983,
                 Milwaukee, WI 53201-2983
14369509       +E-mail/Text: bankruptcy@sccompanies.com Jan 18 2020 03:46:29      MASSEYS,   P.O. BOX 2822,
                 Monroe, WI 53566-8022
14369511       +E-mail/Text: bankruptcy@sccompanies.com Jan 18 2020 03:50:20      MONROE AND MAIN,
                 1112 7TH AVE,    Monroe, WI 53566-1364
14369512       +E-mail/PDF: pa_dc_claims@navient.com Jan 18 2020 03:52:20      NAVIENT,   PO BOX 9655,
                 Wilkes Barre, PA 18773-9655
14369514        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 03:53:54
                 PORTFOLIO RECOVERY ASSOCIATES, LLC,    P.O. BOX 12914,    Norfolk, VA 23541
14385181        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2020 03:48:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14369516       +E-mail/Text: bankruptcy@sccompanies.com Jan 18 2020 03:50:20      SEVENTH AVENUE,    1112 7TH AVE,
                 Monroe, WI 53566-1364
14369521       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 18 2020 03:46:30
                 VERIZON,   P.O. BOX 650584,    Dallas, TX 75265-0584
14434271       +E-mail/Text: megan.harper@phila.gov Jan 18 2020 03:49:22      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd.,    5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14369518        SYNCHRONY BANK/AMAZON,    PO BOX  965015
```

```
District/off: 0313-2          User: YvetteWD           Page 2 of 2                  Date Rcvd: Jan 17, 2020
                              Form ID: pdf900          Total Noticed: 36

smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA   17128-0946
                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD     on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              MAGGIE S SOBOLESKI     on behalf of Joint Debtor Lucia   Masapollo msoboles@yahoo.com,
               3532@notices.nextchapterbk.com
              MAGGIE S SOBOLESKI     on behalf of Debtor Anthony   Masapollo msoboles@yahoo.com,
               3532@notices.nextchapterbk.com
              REBECCA ANN SOLARZ     on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ANTHONY MASAPOLLO  
LUCIA MASAPOLLO  

Chapter 13

Debtor

Bankruptcy No. 19-14942-MDC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

1/16/2020    *Magdeline D. Coleman*  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
MAGGIE S. SOBOLESKI  
CENTER CITY LAW OFFICES LLC  
2705 BAINBRIDGE STREET  
PHILADELPHIA, PA 19146-

Debtor:  
ANTHONY MASAPOLLO  
LUCIA MASAPOLLO  
2302 SOUTH 20TH STREET

PHILADELPHIA, PA 19145-